AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
EARL DICKERSON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1746-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 9, 2004** in **Suffolk** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally possess with intent to distribute a quantity of cocaine base, a Schedule II controlled substance

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am a(n) **State Trooper/DEA Agent** and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**6-2-04** at **BOSTON, MASSACHUSETTS**
Date                                                              City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.