AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF          MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Earl Dickerson | Case Number:  04-1746-CBS |

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY Capin | DEFENDANT'S ATTORNEY Weinstein |
|---|---|---|
| TRIAL DATE (S) 6/15/2004 | COURT REPORTER 11:02 A | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/15/2004 | | | Agent Patricia Dziadesz |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/15/2004 | X | X | Complaint & Affidavit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.