UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL VIOLATIONS: *04-10202-RWZ* |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | (Possession of cocaine base |
| | ) | with intent to distribute) |
| | ) | |
| EARL DICKERSON | ) | |

INDICTMENT

COUNT ONE:        (21 U.S.C. § 841(a)(1)- Possession With
                 Intent to Distribute Cocaine Base)

The Grand Jury charges that:

     On or about March 9, 2004, at Boston, in the District of

Massachusetts,

                    EARL DICKERSON,

defendant herein, knowingly and intentionally possessed with

intent to distribute a quantity of cocaine base, also known as

crack cocaine, a Schedule II controlled substance.

     All in violation of Title 21, United States Code, Section

841(a)(1).

SUPPLEMENTAL FINDINGS

The Grand Jury further finds that:

1.    The offense charged in Count One involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(7) applies to this case.

2.    The defendant also possessed, in addition to the mixture or substance containing a detectable amount of cocaine base referenced in Count One, approximately 57 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(4) applies to this case.

3.    A dangerous weapon, to wit, a firearm,  was possessed during the offense charged in Count One. Accordingly, U.S.S.G. § 2D1.1(b)(1) applies to this case.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MARIANNE HINKLE
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS @ 12:32 pm, July 14, 2004

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk