*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

UNITED STATES,

        Plaintiff,        CRIMINAL ACTION
v.                                 NO. 04-CR-10202-RWZ

EARL DICKERSON,

        Defendants,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main Street          Date and Time:
Worcester, MA 01608    **August 4, 2004, 12:00 PM**
_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE


  July 22, 2004        /s/Sherry Jones
Date                       Sherry Jones,
                         Deputy Clerk
                         (508) 929-9901


cc: All counsel