UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          CR. NO. 04-1746-CBS

EARL DICKERSON

*filed in open court 8/5/04*

### MOTION FOR RECONSIDERATION OF ORDER OF DETENTION AND PROPOSED CONDITIONS OF RELEASE

Defendant Earl Dickerson, by his attorney, moves that this Court reconsider its prior order of detention and release him on the following terms and conditions.

This Court previously ordered defendant's detention with leave to move for reconsideration when the defendant was prepared to present information to support his release.

CONTEXT FOR RELEASE:

Mr. Dickerson, age 20, resided at the time of his arrest with his mother, Janet Royston, 9 Westcott Street, Dorchester, Massachusetts.

Ms. Royston is the owner of the two family residence at 9 Westcott Street. The property has an assessed market value of approximately $450,000.00 and is encumbered by a first mortgage in the approximate amount of $130,000.00. Ms. Royston is prepared to grant a mortgage to the government to be held in escrow as surety for her son's release.

Mr. Dickerson's older sister, Tilitha Royster, age 25, resides at 498 Columbus Avenue, Apartment 2, Boston, Massachusetts. Ms. Royster has been employed of the past five years with Verizon. Ms. Royster is prepared to permit Mr. Dickerson to reside in her apartment pending trial of the indictment.

When interviewed by the pretrial services officer, Mr. Dickerson indicated a willingness

to participate in drug treatment (in patient or otherwise) and/or drug testing.

PROPOSED CONDITIONS OF RELEASE:

    Appearance bond in an amount to be secured by the property at 9 Westcott Street;

    Maintain residence with Tilitha Royster at 76 Tremont Street, Boston;

    Drug treatment as requested by pretrial services office;

    Abide by all statutory and other court ordered conditions of release.

EARL DICKERSON
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF RELEASE

I certify that I have served a copy of the above on John Capin, AUSA and pretrial services office.

Elliot M. Weinstein      8/4/04