≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

Earl Dickerson

**EXHIBIT AND WITNESS LIST**

Case Number:  04-10202-RWZ

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY Capin | DEFENDANT'S ATTORNEY Weinstein |
|---|---|---|
| TRIAL DATE (S) 9/7/2004 | COURT REPORTER 10:15 A | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 2 | | 9/7/2004 | X | X | 2/19/2004 Grand Jury Transcript |
| 3 | | 9/7/2004 | X | X | 10/10/2004 Grand Jury Transcript |
| 4 | | 9/7/2004 | X | X | Bay State Paper Company Letter dated 1/7/2002 |
| 5 | | 9/7/2004 | X | X | Chelsea Police Report 7/3/2001 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages