# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CRIMINAL ACTION |
| ) | NO. 04-10202-RWZ |
| EARL DICKERSON, ) | |
| Defendant, ) | |

## INITIAL STATUS REPORT
### September 15, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel for Mr. Dickerson has requested one further item of discovery and the Government has agreed to the request.

2. <u>Substantive Motions</u>

Mr. Dickerson intends to file several substantive motions and those motions shall be filed by October 29, 2004. The Government shall file its opposition to those motions by November 12, 2004.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 16, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4.   Excludable Time

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from August 19, 2004 (date of expiration of prior order of excludable time) through November 12, 2004 (date by which the Government shall file its opposition to Mr. Dickerson's substantive motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, January 21, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE