# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CRIMINAL ACTION |
| ) | NO. 04-10202-RWZ |
| EARL DICKERSON, ) | |
| Defendant, ) | |

### ORDER OF EXCLUDABLE TIME
### September 15, 2004

SWARTWOOD, M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 19, 2004 (date of expiration of prior order of excludable time) through November 12, 2004 (date by which the Government shall file its opposition to Mr. Dickerson's substantive motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE