AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EARL DICKERSON

**WARRANT FOR ARREST**

CASE NUMBER: 04-10202-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____EARL DICKERSON_____
                                              Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Possession of Cocaine Base with Intent to Distribute

in violation of Title _____ United States Code, Section(s) 841(a)(1)

Name of Issuing Officer: Sheila Oakes
Signature of Issuing Officer

Title of Issuing Officer: Operations Supervisor

7-14-04  BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

*(John Kopen)* * Arrested by DEA 6/22/04