UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                    CR. NO. 04-10202-RWZ

EARL DICKERSON

<u>AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE</u>

I, Earl Dickerson, do hereby state as follows:

1. I am the defendant in the above captioned indictment;

2. On March 9, 2004, I was living at 9 Westcott Street, Apartment 2, Dorchester, Massachusetts;

3. On March 9, 2004, I owned and had registered in my name a Toyota Camry, Massachusetts registration 74 NH 19;

4. On March 9, 2004, my Toyota Camry was parked on Westcott Street, about four homes down the street from my home;

5. On March 9, 2004, I was arrested at my home by Boston Police Officers after they searched my home pursuant to a search warrant;

6. I am aware from reading the police incident report that the Boston Police searched my Toyota Camry after opening it with a set of keys seized during the search of my home;

7. I did not consent to the search of my Toyota Camry;

Signed under the pains and penalties of perjury this 23d day of October, 2004.


<u>/s/ Earl Dickerson       </u>
Earl Dickerson

5.    O


                                                    EARL DICKERSON
                                                    By his attorney,

                                                                                                       _____  
                                                                                                        Elliot M. Weinstein  
                                                                                                          BBO #520400  
                                                                                                           228 Lewis Wharf  
                                                                                                           Boston, MA 02110  
                                                                                                           617-367-9334

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above on John Capin, AUSA.

Elliot M. Weinstein

October 28, 2004