UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CR. NO. 04-10202-RWZ

EARL DICKERSON

### AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE

I, Janet Royston, depose and state the following:

1. I own the property and two-story residence at 9 Westcott Street, Dorchester MA;

2. I, and my son Earl Dickerson, the defendant in the above captioned indictment, reside at apartment #2, occupying the second and third floor at said address;

3. On March 9, 2004, between 7:30 PM and 7:50 p.m., I was in my bedroom located on the second floor of 9 Westcott Street when I heard a loud crashing sound;

4. I left my bedroom and checked the stairway leading to the third floor of the apartment, but saw no activity;

5. I then went to the stairway leading from the first-floor entrance to the second floor;

6. I had taken approximately five steps down the stairs when a group of men broke down the door at the bottom of the stairs;

7. The men, with guns pointed at me, rushed up the stairs. Some of the men forced me to the ground and handcuffed me while others passed by;

8. Although they never identified themselves, they appeared to be the police;

9. After realizing that they may be the police, I asked them what was happening;

10. I was told to shut up and subsequently taken outside;

11. I later became aware that the rear entrances to my residence had also been forcibly opened and damaged;

12. At no time did I hear the police announce their presence by either ringing my doorbell, knocking on my door, or by any other means prior to their forced entrance to my home.

Signed under the pains and penalties of perjury this 26th day of October, 2004.

 /s/ Janet Royston
Janet Royston