UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
vs.                           )   CRIMINAL ACTION
                              )   NO. 04-10202-RWZ
EARL DICKERSON,               )
        Defendant,            )
_____)

FINAL STATUS REPORT
November 17, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Mr. Dickerson has filed a motion to suppress and with leave of Court, the Government shall file its opposition to that motion by November 26, 2004.  Therefore, I am returning this case to Judge Zobel for disposition of Mr. Dickerson's motion to suppress.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 16, 2004 (date of expiration of prior order of excludable time) through November 26, 2004 (date by which the Government is to file its opposition to Mr. Dickerson's motion to suppress).  Therefore, I have previously

excluded from the Speedy Trial Act the entire period from date of arraignment through November 26, 2004 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried by <u>Friday, February 4, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
</pre>