# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | CRIMINAL ACTION |
| ) | NO. 04-10202-RWZ |
| EARL DICKERSON, ) | |
| Defendant, ) | |

## ORDER OF EXCLUDABLE TIME
### November 17, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 16, 2004 (date of expiration of prior order of excludable time) through November 26, 2004 (date by which the Government is to file its opposition to Mr. Dickerson's motion to suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE