UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10202-RWZ |
| | ) | |
| EARL DICKERSON | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS**

The United States, with the assent of the defendant, Earl Dickerson, hereby moves the Court to continue the hearing on the defendant's motion to suppress from the currently-scheduled date of February 24, 2005 to April 13, 2005. As grounds the government states a continuance is necessary because essential government witnesses are unavailable due to longstanding plans to travel outside of Massachusetts during the week of the February 21-25, 2005.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

BY:    /s/ John A. Capin

                          John A. Capin
                          Assistant U.S. Attorney
                          (617) 748-3264