UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                    CR. NO. 04-10202-RWZ

EARL DICKERSON


DEFENDANT'S MOTION TO RESCHEDULE HEARING

Defendant Earl Dickerson, by his attorney, moves that this Court reschedule the hearing

on his motion to suppress evidence now set for March 8, 2005 for the reason that on March 7,

2005 his counsel is scheduled to commence the trial of Commonwealth v. Ismael Vasquez, a five

defendant first degree murder trial in Suffolk Superior Court.  The trial is projected to last three

weeks.


EARL DICKERSON
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

March 2, 2005