UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                    CR. NO. 04-10202-RWZ

EARL DICKERSON


DEFENDANT'S MOTION TO RESCHEDULE HEARING

Defendant Earl Dickerson, by his attorney, moves that this Court reschedule the hearing

on his motion to suppress evidence now set for April 6, 2005 for the reason that on March 7,

2005 his counsel commenced the trial of Commonwealth v. Ismael Vasquez, a five defendant

first degree murder trial in Suffolk Superior Court.  The trial is now not projected to conclude

earlier than April 15, 2005.


                                        EARL DICKERSON
                                        By his attorney,



                                        /s/ Elliot M. Weinstein
                                        Elliot M. Weinstein
                                        BBO #520400
                                        228 Lewis Wharf
                                        Boston, MA 02110
                                        617-367-9334

April 1, 2005