04-cr-10202

Honorable Judge Zobel,

You and I don't no if I'm even suppose to be doing this with out my Attorney's permission but I jus have to get some of this stuff out of my system. I've been incarserated since March 9 of 2004, and I've been trying to get a bail hearing ever since. magistrate Swartwood denied me for being a danger to the community but said I'm not a flight risk, and I also believe he denied me for having a open Suffolk Superior court case open, that I had going on for 2 years that I was out on bail for 10 of and the case got dismissed in November of 2004. I talked to my attorney this past weekend, Mr. Elliot Weinstein about this situation and he's telling me that since you denied my motion to surpress he doesn't believe that you will give me a bail but I told him let you tell me no. I'm entitled to that hearing. He has spoken to my family and they are willing to put the house up if that is needed and home confinement is fine with them until my trial date. I have

been incarserated before and came in from the street once I got my sentence. Plus if my mom puts her house up I would never do anything for her to lose what she has worked for her entire life. I have explained to Mr. Weinstein that I have 3 children ages 11-12, the girls and my son (16 months) who I can't even see no every mind kiss or hold him. I'm not on the birthcertificate because he was born while I've been incarcerated. It's just been a nightmare for me. Mr. Weinstein is having his own family problems and he told me my trail date won't be until after the new Year that's why I decided to write you to see if you could do anything for me at this time.

Respectfully Yours
Carl Dickerson