UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR10202RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL VIOLATIONS: |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| v. ) | (Possession of cocaine base |
| ) | with intent to distribute) |
| EARL DICKERSON ) | |

## SUPERSEDING INDICTMENT

<u>COUNT ONE</u>:   (21 U.S.C. § 841(a)(1)- Possession With
Intent to Distribute Cocaine Base)

The Grand Jury charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON**,

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**     (21 U.S.C. § 841(a)(1)- **Possession With Intent to Distribute Cocaine Base**)

The Grand Jury charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*Deborah Bresnahan* (signature)
DEBORAH BRESNAHAN
DEPUTY FOREPERSON OF THE
LAVERY GRAND JURY

JOHN A. CAPIN (signature)
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 30, 2005.

Returned into the District Court by the Grand Jurors and filed.

*(signature)* 11/30/05
DEPUTY CLERK      4:00 PM

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf.  X    Case No.  04-10202-RWZ
Same Defendant  X    New Defendant _____
Magistrate Judge Case Number  04-01746-CBS
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name** Earl Dickerson    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1973  **SSN (last 4 #):** 1032  **Sex** M  **Race:** Black  **Nationality:** USA

**Defense Counsel if known:** Elliot Weinstein    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** John A. Capin    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** 6/3/04

☒ Already in Federal Custody as   pretrial detainee   in   Plymouth County HOC   .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 30, 2005    **Signature of AUSA:** _[signature]_

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Earl Dickerson

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §841(a)(1) | Possession w/ Intent Distribute Cocaine Base | 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

JS45.wpd - 1/15/04 (USAO-MA)