```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

                                    04CR10202RWZ

UNITED STATES OF AMERICA    )    CRIMINAL VIOLATIONS:
                            )
                            )    21 U.S.C. § 841(a)(1)
v.                          )      (Possession of cocaine base
                            )      with intent to distribute)
EARL DICKERSON              )
```

### SUPERSEDING INDICTMENT

**COUNT ONE:**    (21 U.S.C. § 841(a)(1)- Possession With Intent to Distribute Cocaine Base)

The Grand Jury charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1)- **Possession With Intent to Distribute Cocaine Base**)

The Grand Jury charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON**,

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*Deborah Bresnahan*
DEBORAH BRESNAHAN
DEPUTY FOREPERSON OF THE
LAVERY GRAND JURY

JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 30, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]* 11/30/05
DEPUTY CLERK    4:00 PM

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: _____  Category No. __II__  Investigating Agency __DEA__

City __Boston__   Related Case Information:

County __Suffolk__
Superseding Ind./ Inf. __X__   Case No. __04-10202-RWZ__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __04-01746-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Earl Dickerson__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1973__  SSN (last 4 #): __1032__  Sex __M__  Race: __Black__  Nationality: __USA__

Defense Counsel if known: __Elliot Weinstein__   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __John A. Capin__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __6/3/04__

☒ Already in Federal Custody as __pretrial detainee__ in __Plymouth County HOC__.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __November 30, 2005__   Signature of AUSA: _/s/_

**JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse**

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Earl Dickerson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §841(a)(1) | Possession w/ Intent Distribute Cocaine Base | 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____