Honorable Judge Zobel,                                  12-2-05

I am sorry to disturb you at this time, but I have a problem my case is scheduled for trail on the 12th of this month, and I have nt got no discovery package in my case at all I have ask my attorney for it on three diffrent occasions because I don't no how much drugs or what kind of drugs I'm being charge with I havent recieved any laboratory test to determined any of the stuff that I'm being charge with and all Mr. Elliot Weinstein keeps telling me is that he doesn't have any of that stuff yet, I've been incarserated for 21 months and I'm just tired of sitting around playing the waiting game I'm ready just as much as they are to get this case over with and it seems to me without that discovery package and equal time to go over everything I wont be going to trail on the 12th of December. So here is what I'm going to ask for to do either dismiss the case or send me home on home confinement my mother has told Mr. Weinstein that she will put up her home if that's what the court wants and according to your schedule if the you

ernment ask for a delay, then I could be sitting until springtime which I and my family would rather have me home for the holidays until they figure out what they want to do with the case. Thanks for your time and I hope to see you on the 12th to see what they come up with.

Respectfully Yours,

Earl Dickerson