UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    v.                              )    CRIMINAL NO. 04-10202-RWZ
                                    )
EARL DICKERSON                      )
_____)

**GOVERNMENT'S WITNESS LIST**

The United States of America hereby submits, in alphabetic order, a list of witnesses who may be called to testify at trial during the government's case-in-chief. The government reserves the right to amend or supplement this list of its potential witnesses.

1. Detective Jay Broderick, Boston Police Department, Boston, Massachusetts

2. Detective Gregory Brown , Boston Police Department, Boston, Massachusetts

3. Detective William Feeney, Boston Police Department, Boston, Massachusetts

4. Detective Roy Frederickson, Boston Police Department, Boston, Massachusetts

5. Keeper of the Records, Massachusetts Department of Motor Vehicles, Boston, Massachusetts

6. Officer Kenneth Hearns, Boston Police Department, Boston, Massachusetts

7. Officer Joseph King, Boston Police Department, Boston, Massachusetts

8. Michael Lawler, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

9. Lieutenant Daniel Linskey, Boston Police Department, Boston, Massachusetts

10. Sgt. Paul Murphy, Boston Police Department, Boston, Massachusetts

11. Detective Paul Quinn, Boston Police Department, Boston, Massachusetts

12. Detective James Rattagan, Boston Police Department, Boston, Massachusetts

13. Della Saunders, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

14. Officer William Shaw, Boston Police Department, Boston, Massachusetts

15. Officer Timothy Stanton, Boston Police Department, Boston, Massachusetts

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ John A. Capin

       JOHN A. CAPIN
       Assistant U.S. Attorney