UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,    )
                                            )
            v.                               )     CRIMINAL NO. 04-10202-RWZ
                                            )
EARL DICKERSON                  )
_____)

GOVERNMENT'S EXHIBIT LIST

1. Items seized during trash pull at 9 Westcott Street

2. Registration for Toyota Camry in which crack cocaine was seized

3. Shoe in which police found crack cocaine at 9 Westcott Street

4. Crack cocaine found in shoe at 9 Westcott Street

5. Wallet located during search of 9 Westcott Street containing personal papers and identification in name of Earl Dickerson

6. Plastic baggies found during search of 9 Westcott Street

7. Scale found during search of 9 Westcott Street

8. Box seized during search of 9 Westcott Street containing various photographs, correspondence and other documents bearing Earl Dickerson's name

9. Crack cocaine located in Toyota Camry

10. Firearm and ammunition located in Toyota Camry

11. Videotape depicting operation of hidden compartment located in Toyota Camry

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:    /s/ John A. Capin
                        _____
                        JOHN A. CAPIN
                        Assistant U.S. Attorney