```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )   CRIMINAL NO: 04-10202-RWZ
                            )   VIOLATIONS:
                            )   21 U.S.C. § 841(a)(1)
v.                          )     (Possession With Intent to
                            )     Distribute Cocaine Base)
EARL DICKERSON              )   18 U.S.C. § 922(g)(1)
                            )     (Felon in Possession of a
                            )     Firearm and Ammunition)
```

SECOND SUPERSEDING INDICTMENT

**COUNT ONE:**   **(21 U.S.C. § 841(a)(1)- Possession With Intent to Distribute Cocaine Base)**

The Grand Jury charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**     (21 U.S.C. § 841(a)(1)- **Possession With Intent to Distribute Cocaine Base**)

The Grand Jury further charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:** (18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm and Ammunition)

The Grand Jury further charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**EARL DICKERSON,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Ruger .40 caliber semi-automatic pistol bearing an obliterated serial number and .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 822(g)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
James Lang
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:             March 1, 2006

Returned into the District Court by the Grand Jurors and filed.

_____ 3/1/06 @ 3:22 PM
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk  
Superseding Ind./ Inf.  X (Second)  **Case No.** 04-10202-RWZ  
Same Defendant  X  New Defendant _____  
Magistrate Judge Case Number  04-01746-CBS  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Earl Dickerson  **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1973  **SSN (last 4 #):** 1032  **Sex** M  **Race:** Black  **Nationality:** USA

**Defense Counsel if known:** Elliot Weinstein  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** John A. Capin  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

**Arrest Date:** 6/3/04

☒ Already in Federal Custody as  pretrial detainee  in  Plymouth County HOC  .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** March 1, 2006  **Signature of AUSA:** _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Earl Dickerson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §841(a)(1) | Possession w/ Intent Distribute Cocaine Base | 1-2 |
| Set 2  18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammunition | 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS45.wpd - 1/15/04 (USAO-MA)