UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
UNITED STATES OF AMERICA,         )
                                  )
     v.                           )     CRIMINAL NO. 04-10202-RWZ
                                  )
EARL DICKERSON                    )
_____)

**GOVERNMENT'S AMENDED WITNESS LIST**

The United States of America hereby submits, in alphabetic order, a list of witnesses who may be called to testify at trial during the government's case-in-chief. The government reserves the right to amend or supplement this list of its potential witnesses.

1. Detective Jay Broderick, Boston Police Department, Boston, Massachusetts

2. Detective Gregory Brown , Boston Police Department, Boston, Massachusetts

3. Sergeant Detective William Feeney, Boston Police Department, Boston, Massachusetts

4. Detective Roy Frederick, Boston Police Department, Boston, Massachusetts

5. Annie Khan, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

6. Officer Kenneth Hearns, Boston Police Department, Boston, Massachusetts

7. Annie Khan, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

8. Officer Joseph King, Boston Police Department, Boston, Massachusetts

9. Michael Lawler, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

10. Lieutenant Daniel Linskey, Boston Police Department, Boston, Massachusetts

11. Officer Chris McNeil, Boston Police Department, Boston, Massachusetts

12. Sergeant Detective Paul Murphy, Boston Police Department, Boston, Massachusetts

13. Detective Paul Quinn, Boston Police Department, Boston, Massachusetts

14. Detective James Rattagan, Boston Police Department, Boston, Massachusetts

15. Della Saunders, Assistant Analyst, Massachusetts Department of Public Health Laboratory, Jamaica Plain, Massachusetts

16. Officer William Shaw, Boston Police Department, Boston, Massachusetts

17. Officer Timothy Stanton, Boston Police Department, Boston, Massachusetts

18. Officer Chris Walsh, Boston Police Department, Boston, Massachusetts

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ James Lang

JAMES LANG
Assistant U.S. Attorney