UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
   v.                               )   CRIMINAL NO. 04-10202-RWZ
                                    )
EARL DICKERSON                      )
_____ )

## GOVERNMENT'S AMENDED EXHIBIT LIST

1a-1d.  Items seized during trash pull at 9 Westcott Street

2.      Registration for Toyota Camry

3.      Shoe in which police found crack during search of 9 Westcott Street

4.      Crack cocaine found in shoe during search of 9 Westcott Street

5.      Wallet found during search of 9 Westcott Street containing personal papers and identification in name of Earl Dickerson

6a-6d.  Plastic baggies found in four locations during search of 9 Westcott Street

7.      Scale found during search of 9 Westcott Street

8.      Box seized during search of 9 Westcott Street containing various photographs, correspondence and other documents bearing Earl Dickerson's name

9.      Round of .40 caliber ammunition found during search of 9 Westcott Street

10.     Crack cocaine found during search of Toyota Camry

11a-10b. Firearm and ammunition found during search of Toyota Camry

12.     Videotape depicting operation of hidden compartment located in Toyota Camry

13.     Stipulation

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ James Lang
        _____
        JAMES LANG
        Assistant U.S. Attorney