UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              04 CR 10202-RWZ

EARL DICKERSON

### DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Earl Dickerson, by his attorney, moves pursuant to Federal Rules of Criminal Procedure, Rule 29 that this Court enter a judgment of acquittal as to the above indictment.

                                                EARL DICKERSON
                                                By his attorney,

                                                /s/ Elliot M. Weinstein
                                                Elliot M. Weinstein
                                                BBO #520400
                                                83 Atlantic Avenue
                                                Boston, MA 02110
                                                617-367-9334