AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

US v. Earl Dickerson

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-CR-10202

PRESIDING JUDGE: Zobel
PLAINTIFF'S ATTORNEY: Jim Lang
DEFENDANT'S ATTORNEY: Elliot Weinstein
TRIAL DATE(S): 3/27-
COURT REPORTER: Catherine Handel
COURTROOM DEPUTY: L. URSO

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ 1A,D * | | 3/27 | ✓ | ✓ | Trash Contents 1C16 |
| ✓ 2 | | 3/27 | ✓ | ✓ | Registry of Motor Vehicles (Camry) |
| ✓ 8 | | 3/28 | ✓ | ✓ | Shoebox |
| ✓ 6B | | 3/28 | ✓ | ✓ | Box of sandwich bags |
| ✓ 3 | | 3/28 | ✓ | ✓ | Sneaker |
| ✓ 4 | | 3/28 | ✓ | ✓ | Large plastic bag + smaller bags containing crack cocaine |
| ✓ 7 | | 3/28 | ✓ | ✓ | Box with digital scale |
| ✓ 9 | | 3/28 | ✓ | ✓ | Bullet, S+W 0.40 caliber |
| ✓ 12 | | 3/28 | ✓ | ✓ | Videotape |
| ✓ 11A | | 3/28 | ✓ | ✓ | 0.40 Ruger |
| 11B | | 3/28 | ✓ | ✓ | 11 rounds of ammunition |
| ✓ 10 | | 3/28 | ✓ | ✓ | Bag of crack cocaine from hide |
| ✓ 5 | | 3/29 | ✓ | ✓ | Black wallet |
| | 1 | 3/29 | ✓ | ✓ | List of evidence |
| ✓ 13 | | 3/29 | ✓ | ✓ | Stipulation as to prior felony conviction |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

* 1B, 1C admitted 3/27
* 1A, 1D admitted 3/29