## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                            CRIMINAL NO. 04-10202-RWZ

EARL DICKERSON

## VERDICT

WE, THE JURY, FIND THE DEFENDANT, EARL DICKERSON:

**ON COUNT ONE OF THE INDICTMENT (Possession With Intent to Distribute):** *closet*

    ____✓____GUILTY           _____NOT GUILTY

If you found the defendant guilty, please indicate the amount of cocaine base defendant possessed:
              _10.99_ Grams


**ON COUNT TWO OF THE INDICTMENT (Possession With Intent to Distribute):** *car*

    ____✓____GUILTY           _____NOT GUILTY

If you found the defendant guilty, please indicate the amount of cocaine base defendant possessed:
              _57.83_ Grams


**ON COUNT THREE OF THE INDICTMENT (Felon in Possession of a Firearm):**

    ____✓____GUILTY           _____NOT GUILTY


_3/29/06_
DATE

_Anna Diaz Gil_
FOREPERSON'S SIGNATURE