UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                       CR. NO. 04-10202-RWZ

EARL DICKERSON

MOTION FOR LEAVE TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL ON APPEAL

Defendant Earl Dickerson, by his attorney, moves that this Court permit his trial counsel to withdraw and that this Court appoint successor counsel to represent him on the appeal of his conviction and sentence.

Defendant is indigent and represented by counsel pursuant to the Criminal Justice Act.

                                        EARL DICKERSON
                                        By his attorney,


                                        /s/ Elliot M. Weinstein
                                        Elliot M. Weinstein
                                        BBO #520400
                                        83 Atlantic Avenue
                                        Boston, MA 02110
                                        617-367-9334

June 24, 2006