UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CR. NO. 04-10202-RWZ

EARL DICKERSON

NOTICE OF APPEAL

Defendant Earl Dickerson, by his attorney, hereby claims appeal of his conviction and

sentence in the above indictment.

EARL DICKERSON
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

June 24, 2006