APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10202-RWZ-ALL

Case title: USA v. Dickerson  
Magistrate judge case number: 1:04-mj-01746-CBS

Date Filed: 07/14/2004

---

Assigned to: Judge Rya W. Zobel

**Defendant**

**Earl Dickerson** (1)  
*TERMINATED: 06/19/2006*

represented by **Elliot M. Weinstein**  
83 Atlantic Avenue  
Boston, MA 02110  
617-367-9334  
Fax: 617-523-7554  
Email: elliot@eweinsteinlaw.com  
*TERMINATED: 06/27/2006*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

**Pending Counts**

21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE  
(1)

21:841 (a)(1)-POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE  
(1s-2s)

21:841(a)(1) Possession with Intent to Distribute Cocaine Base  
(1ss-2ss)

18:922(g)(1) Felon in Possession of a Firearm and Ammunition  
(3ss)

**Disposition**

The defendant was sentenced to LIFE imprisonment; 10 years SR; SA: $300.00; no fine; no guns;

The defendant was sentenced to LIFE imprisonment; 10 years SR; SA: $300.00; no fine; no guns;

### Highest Offense Level (Opening)
Felony

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
21:841(a)(1)-Possession of Crack with intent to distribute

### Disposition

### Plaintiff
USA

represented by **John A. Capin**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3264
Fax: 617-748-3951
Email: john.capin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2004 | 1 | COMPLAINT as to Earl Dickerson (1). (Bell, Marie)[1:04-mj-01746-CBS] (Entered: 06/03/2004) |
| 06/02/2004 | 2 | AFFIDAVIT of Patricia Dziadosz as to Earl Dickerson re: Complaint. (Bell, Marie)[1:04-mj-01746-CBS] (Entered: 06/03/2004) |
| 06/02/2004 | 3 | Arrest Warrant Issued as to Earl Dickerson. (Bell, Marie) |

| | | |
|---|---|---|
| | | [1:04-mj-01746-CBS] (Entered: 06/03/2004) |
| 06/03/2004 | 2 | Arrest of Earl Dickerson (Roland, Lisa)[1:04-mj-01746-CBS] (Entered: 06/03/2004) |
| 06/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Earl Dickerson held on 6/3/2004. Case called, Counsel (Capin, Weinstein) & dft appear, Dft informed of rights, Financial Affidavit filed, [1:04Government requests detention, Dft remanded to the custody of the US Marshal. Detention Hearing set for 6/9/2004 02:00 PM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. Preliminary Examination set for 6/9/2004 02:00 PM in Courtroom 16 [1:04before Magistrate Judge Charles B. Swartwood. (1:58 p.) (Roland, Lisa)[1:04-mj-01746-CBS] (Entered: 06/03/2004) |
| 06/03/2004 | 3 | CJA 23 Financial Affidavit by Earl Dickerson. (Jones, Sherry) [1:04-mj-01746-CBS] (Entered: 06/10/2004) |
| 06/03/2004 | 10 | Judge Charles B. Swartwood : CJA 20 as to Earl Dickerson : Appointment of Attorney Elliot M. Weinstein for Earl Dickerson. (Roland, Lisa) (Entered: 07/30/2004) |
| 06/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Earl Dickerson held on 6/15/2004, Preliminary Examination as to Earl Dickerson held on 6/15/2004. Case called, Counsel (Capin, Weinstein) [1:04& Dft appear, Government calls Agent Dziadesz, Cross, The Court finds Probable Cause, Dft assents to an order of detention but reserves right for a hearing in the future, Dft remanded to the custody of the US Marshal. (11:02 A.) (Roland, Lisa)[1:04-mj-017 (Entered: 06/15/2004) |
| 06/15/2004 | 4 | EXHIBIT/WITNESS LIST re: P/C and Detention Hearing as to Earl Dickerson (Roland, Lisa)[1:04-mj-01746-CBS] (Entered: 06/15/2004) |
| 06/16/2004 | 5 | Judge Charles B. Swartwood : Memorandum of Probable Cause and Order on the Government's Motion for Detention as to Earl Dickerson. cc/cl. (Roland, Lisa)[1:04-mj-01746-CBS] (Entered: 06/25/2004) |
| 07/09/2004 | 6 | Arrest Warrant Returned Executed on 6/03/04 as to Earl Dickerson. (Hassett, Kathy)[1:04-mj-01746-CBS] (Entered: 07/13/2004) |

| | | |
|---|---|---|
| 07/14/2004 | 7 | INDICTMENT as to Earl Dickerson (1) count(s) 1. (Catino2, Theresa) (Entered: 07/19/2004) |
| 07/14/2004 | 8 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: For Pretrial as to Earl Dickerson (Catino2, Theresa) (Entered: 07/19/2004) |
| 07/22/2004 | 9 | NOTICE OF HEARING as to Earl Dickerson Arraignment set for 8/4/2004 12:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (cc/cl)(Jones, Sherry) (Entered: 07/22/2004) |
| 08/05/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Earl Dickerson (1) Count 1 held on 8/5/2004, Case called, Counsel (Casey, Weinstein), PTS Cuascut & Dft appear, Dft informed of rights, charges & maximum penalties, Not Guilty Plea entered by Earl Dickerson on count 1, Scheduling Order issued, Motion to re-open detention hearing filed in open court, The court addresses the scheduling of this matter, Detention hearing scheduled for 8/30/2004 @ 12:00 pm, Dft remanded to the custody of the US Marshal. (10:58 A.) (Roland, Lisa) (Entered: 08/05/2004) |
| 08/05/2004 | 11 | NOTICE OF HEARING as to Earl Dickerson ; Status Conference set for 9/15/2004 03:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 08/05/2004) |
| 08/05/2004 | 12 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Earl Dickerson : Time excluded from August 5, 2004 until August 19, 2004, cc/cl. (Roland, Lisa) (Entered: 08/05/2004) |
| 08/05/2004 | 13 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Earl Dickerson, cc/cl. (Roland, Lisa) (Entered: 08/05/2004) |
| 08/05/2004 | 14 | MOTION for Reconsideration or Order of Detention and Proposed Conditions of Release as to Earl Dickerson. c/s. (Roland, Lisa) (Entered: 08/05/2004) |
| 08/09/2004 | 15 | NOTICE re automatic disclosure as to Earl Dickerson. (Jones, Sherry) (Entered: 08/09/2004) |
| 08/30/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Earl Dickerson held on 8/30/2004, Case called, Counsel (Casey, |

| | | |
|---|---|---|
| | | Weinstein) & Dft appear, Case continued to September 7, 2004 @ 10:00 am in AUSA Capin's absence. (12:04 P.) (Roland, Lisa) (Entered: 08/30/2004) |
| 09/02/2004 | 16 | AMENDED MOTION for Reconsideration of Order of Dentention and Proposed Conditions of Releaseas to Earl Dickerson, c/s. (Hassett, Kathy) (Entered: 09/02/2004) |
| 09/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Earl Dickerson held on 9/7/2004. Case called, Counsel (Capin, Weinstein), PTS Cuascut & Dft appear, Government offers exhibits, Closing arguments, Matter taken under advisment. Order to issue. (10:15 A.) (Roland, Lisa) (Entered: 09/07/2004) |
| 09/07/2004 | 17 | EXHIBIT/WITNESS LIST re: detention hearing as to Earl Dickerson. (Roland, Lisa) (Entered: 09/07/2004) |
| 09/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Earl Dickerson held on 9/15/2004. Case called, Counsel (Capin, Weinstein) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (2:54 P.) (Roland, Lisa) (Entered: 09/15/2004) |
| 09/15/2004 | 18 | Judge Charles B. Swartwood : ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION entered as to Earl Dickerson. (cc/cl) (Jones, Sherry) (Entered: 09/17/2004) |
| 09/15/2004 | 19 | Judge Charles B. Swartwood : ORDER entered INITIAL STATUS REPORT as to Earl Dickerson Status Conference set for 11/16/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood.(cc/cl) (Hassett, Kathy) (Entered: 09/17/2004) |
| 09/15/2004 | 20 | Judge Charles B. Swartwood : ORDER entered ORDER ON EXCLUDABLE DELAY as to Earl Dickerson Time excluded from 8/19/04 until 11/12/04.(cc/cl) (Hassett, Kathy) (Entered: 09/17/2004) |
| 09/23/2004 | 21 | Arrest Warrant Returned Unexecuted as to Earl Dickerson (Arrested by DEA 6/04). (Johnson, Jay) (Entered: 09/23/2004) |
| 09/23/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered finding as moot 14 Motion for Reconsideration as to Earl |

| | | |
|---|---|---|
| | | Dickerson (1). "DENIED as MOOT. See order of detention." cc/cl (Roland, Lisa) (Entered: 09/23/2004) |
| 09/23/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered finding as moot 16 Motion for Reconsideration as to Earl Dickerson (1). "DENIED of MOOT. See order of detention." cc/cl (Roland, Lisa) (Entered: 09/23/2004) |
| 11/02/2004 | 22 | MOTION to Suppress *warrantless search* as to Earl Dickerson. (Weinstein, Elliot) (Entered: 11/02/2004) |
| 11/02/2004 | 23 | AFFIDAVIT in Support by Earl Dickerson re 22 MOTION to Suppress *warrantless search* (Weinstein, Elliot) (Entered: 11/02/2004) |
| 11/02/2004 | 24 | MOTION to Suppress as to Earl Dickerson. (Weinstein, Elliot) (Entered: 11/02/2004) |
| 11/02/2004 | 25 | AFFIDAVIT in Support by Earl Dickerson re 24 MOTION to Suppress *janet royston affidavit* (Weinstein, Elliot) (Entered: 11/02/2004) |
| 11/16/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Earl Dickerson held on 11/16/2004. Case called, Counsel (Capin, Weinstein) appear by telephone, Opposition to be filed by 11/26/04. Case to be returned to District Judge, Time to be excluded. (2:14 P.) (Roland, Lisa) (Entered: 11/16/2004) |
| 11/17/2004 | 26 | Judge Charles B. Swartwood : FINALSTATUS REPORT as to Earl Dickerson. cc/cl. (Roland, Lisa) (Entered: 11/17/2004) |
| 11/17/2004 | 27 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Earl Dickerson: Time excluded from November 16, 2004 until November 26, 2004. cc/cl. (Roland, Lisa) (Entered: 11/17/2004) |
| 11/17/2004 | | Case as to Earl Dickerson no longer referred to Charles B. Swartwood. (Roland, Lisa) (Entered: 11/17/2004) |
| 11/18/2004 | 28 | TRANSCRIPT of Detention and Probable Cause Proceedings as to Earl Dickerson held on June 15, 2004 before Judge Charles B. Swartwood, III. Court Reporter: Digital Recording. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 11/18/2004) |

| | | |
|---|---|---|
| 11/18/2004 | 29 | TRANSCRIPT of Detention and Probable Cause Proceedings as to Earl Dickerson held on September 7, 2004 before Judge Charles B. Swartwood, III. Court Reporter: Digital Recording. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 11/18/2004) |
| 11/26/2004 | 30 | Opposition by USA as to Earl Dickerson re 22 MOTION to Suppress *warrantless search*, 24 MOTION to Suppress (Capin, John) (Entered: 11/26/2004) |
| 12/15/2004 | 31 | Judge Rya W. Zobel : Memorandum of Decision and ORDER entered reserving ruling on 24 Motion to Suppress as to Earl Dickerson (1); reserving ruling on 22 Motion to Suppress as to Earl Dickerson (1) until after the hearing. Hearing set for 1/13/05 at 2:30 p.m. (Urso, Lisa) (Entered: 12/15/2004) |
| 01/13/2005 | | NOTICE OF RESCHEDULING as to Earl Dickerson Evidentiary Hearing set for 2/24/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 01/13/2005) |
| 02/18/2005 | 32 | Assented to MOTION to Continue *Hearing on Motion to Suppress* as to Earl Dickersonby USA. (Capin, John) (Entered: 02/18/2005) |
| 02/23/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 32 Motion to Continue as to Earl Dickerson (1). No more extensions. Motion hearing rescheduled to 3/8/05 at 9:00 a.m. (Urso, Lisa) (Entered: 02/23/2005) |
| 02/23/2005 | | Judge Rya W. Zobel : endorsedORDER entered. as to Earl Dickerson re 32 Assented to MOTION to Continue *Hearing on Motion to Suppress* filed by USA. Allowed, but the court is distressed about the serial requests for continuances and their last minute nature. (Urso, Lisa) (Entered: 02/23/2005) |
| 03/02/2005 | 33 | MOTION to Continue *Suppression Hearing* as to Earl Dickerson. (Weinstein, Elliot) (Entered: 03/02/2005) |
| 03/03/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 33 Motion to Continue as to Earl Dickerson (1). The suppression hearing is rescheduled to 4/6/05 at 2:30 p.m. (Urso, Lisa) (Entered: 03/03/2005) |
| 04/01/2005 | 34 | MOTION to Continue as to Earl Dickerson. (Weinstein, Elliot |

| | | |
|---|---|---|
| | | (Entered: 04/01/2005) |
| 04/04/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 34 Motion to Continue as to Earl Dickerson. "This third motion to continue is allowed. The hearing is rescheduled to 4/25/05 at 2:00 pm. There will be no further continuances". (Johnson. Jay) (Entered: 04/05/2005) |
| 04/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing as to Earl Dickerson held on 4/25/2005 re 22 MOTION to Suppress *warrantless search* filed by Earl Dickerson,, 24 MOTION to Suppress filed by Earl Dickerson; Goverment witness #1 Daniel Linsky; direct; cross; re-direct; re-cross; Witness #2 Janet Royston; direct;cross; defendant witness Janet Royston, Goverment agreed to stipulate to the facts in her affidavit; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 04/26/2005) |
| 06/09/2005 | 35 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered denying 24 Motion to Suppress as to Earl Dickerson (1); denying 22 Motion to Suppress as to Earl Dickerson (1) (Urso, Lisa) (Entered: 06/09/2005) |
| 06/09/2005 | | NOTICE OF HEARING as to Earl Dickerson Pretrial Conference set for 6/30/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/09/2005) |
| 06/30/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Earl Dickerson held on 6/30/2005. counsel to let court know by mid-August re: plea; Jury Trial set for 9/12/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/01/2005) |
| 08/24/2005 | 36 | Joint MOTION to Continue *Trial and To Exclude Period of Continuance Under Speedy Trial Act* as to Earl Dickersonby USA. (Capin, John) (Entered: 08/24/2005) |
| 08/31/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 36 Motion to Continue as to Earl Dickerson (1). A Status conference is scheduled for 11/9/05 at 2:30. The defendant will be brought in. (Urso, Lisa) (Entered: 08/31/2005) |
| 10/06/2005 | 37 | Letter (non-motion) regarding Bail as to Earl Dickerson (Johnson, Jay) (Entered: 10/11/2005) |

| | | |
|---|---|---|
| 11/09/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Earl Dickerson held on 11/9/2005. defendant is brought in; defense counsel does not appear; AUSA Capin, states he will get a hold of defense counsel and we will set another status for next week, with defendant. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/09/2005) |
| 11/17/2005 |  | NOTICE OF HEARING as to Earl Dickerson Status Conference set for 11/21/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/17/2005) |
| 11/21/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Earl Dickerson held on 11/21/2005 Jury Trial set for 12/12/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. 1 week;(Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/21/2005) |
| 11/30/2005 | 38 | SUPERSEDING INDICTMENT as to Earl Dickerson (1) count(s) 1s-2s. (Diskes, Sheila) (Entered: 12/01/2005) |
| 11/30/2005 | 39 | Judge Rya W. Zobel : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: PRETRIAL as to Earl Dickerson (Diskes, Sheila) (Entered: 12/01/2005) |
| 12/02/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Telephone Conference as to Earl Dickerson held on 12/2/2005; AUSA Capin present; Mr. Weinstein by phone; parties to talk and get back to the court on Tuesday 12/6/05 re: status of the jury trial; alternate date 3/27/06 at 9:00 a.m. 2-3 days; (Urso, Lisa) (Entered: 12/02/2005) |
| 12/06/2005 | 40 | Letter to the court from Earl Dickerson filed. (Urso, Lisa) (Entered: 12/07/2005) |
| 12/07/2005 | 41 | EXHIBIT/WITNESS LIST by USA as to Earl Dickerson (Capin, John) (Entered: 12/07/2005) |
| 12/07/2005 | 42 | Proposed Jury Instructions by USA as to Earl Dickerson (Capin, John) (Entered: 12/07/2005) |
| 12/07/2005 | 43 | Proposed Voir Dire by USA as to Earl Dickerson (Capin, John) (Entered: 12/07/2005) |

| | | |
|---|---|---|
| 12/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Telephone Conference as to Earl Dickerson held on 12/7/2005 with Elliot Weinstein; Jury schedule is Monday, Tuesday and Closings on Thursday. (Urso, Lisa) (Entered: 12/08/2005) |
| 12/09/2005 | 44 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Earl Dickerson (Capin, John) (Entered: 12/09/2005) |
| 12/09/2005 | 45 | EXHIBIT/WITNESS LIST by USA as to Earl Dickerson (Capin, John) (Entered: 12/09/2005) |
| 12/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Arraignment as to Earl Dickerson (1) Count 1s-2s held on 12/12/2005, Plea entered by Earl Dickerson Not Guilty on counts 1s & 2s. Parties to let court know about a change of plea; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 12/13/2005) |
| 12/20/2005 | | Case as to Earl Dickerson no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 12/20/2005) |
| 03/01/2006 | 46 | SECOND SUPERSEDING INDICTMENT as to Earl Dickerson (1) count(s) 1ss-2ss, 3ss. (Gawlik, Cathy) (Entered: 03/02/2006) |
| 03/02/2006 | 47 | Judge Rya W. Zobel : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Timothy S. Hillman Reason for referral: Pretrial proceedings re: second superseding indictment as to Earl Dickerson (Gawlik, Cathy) (Entered: 03/02/2006) |
| 03/02/2006 | | Set/Reset Hearings as to Earl Dickerson: Jury Trial set for 3/27/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/02/2006) |
| 03/06/2006 | | NOTICE OF HEARING as to Earl Dickerson: Arraignment set for 3/10/2006 11:30 AM in Courtroom 1 before Magistrate Judge Timothy S. Hillman. cc/cl. (Roland, Lisa) (Entered: 03/06/2006) |
| 03/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Arraignment as to Earl Dickerson (1) Count 1ss-2ss,3ss held on 3/10/2006, Case called, Counsel (Lang, Weinstein), PTS Quashot & Defendant appear. Defendant notified of rights, charges and maximum penalties. |

| | | |
|---|---|---|
| | | Not Guilty Plea entered by Earl Dickerson on counts 1-3, Case be returned to the District Judge, Defendant previously detained and remanded to the custody of the US Marshals. (Digital Recording 11:32 A.) (Roland, Lisa) (Entered: 03/10/2006) |
| 03/14/2006 | | Case as to Earl Dickerson no longer referred to Magistrate Judge Timothy S. Hillman. (Roland, Lisa) (Entered: 03/14/2006) |
| 03/16/2006 | 48 | TRANSCRIPT of Motion to Suppress Hearing as to Earl Dickerson held on April 25, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/16/2006) |
| 03/23/2006 | 49 | EXHIBIT/WITNESS LIST by USA as to Earl Dickerson (Lang, James) (Entered: 03/23/2006) |
| 03/23/2006 | 50 | EXHIBIT/WITNESS LIST by USA as to Earl Dickerson (Lang, James) (Entered: 03/23/2006) |
| 03/23/2006 | 51 | Proposed Jury Instructions by USA as to Earl Dickerson (Lang, James) (Entered: 03/23/2006) |
| 03/27/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Voir Dire begun on 3/27/2006 Earl Dickerson (1) on Count 1ss-2ss,3ss, Jury Trial held on 3/27/2006; Jury of 12 + 1 alternate selected & sworn; Government opening; Defendant's opening; Goverment witness #1 Paul Quinn; cross; redirect; witness #2 Timothy Stanton; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/27/2006) |
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day 2 as to Earl Dickerson held on 3/28/2006; continued direct of Stanton; cross; redirect; witness #3 Christopher J. MacNeil; direct; cross; witness #4 James Rattigan; direct; cross; redirect; witness #5 Kenneth Hearns; direct; cross; witness #6 John Broderick; direct; cross; witness #7 Joseph King; direct; witness #8 William Feeney; direct; cross; witness #9 Phillip Ball; direct; witness #10 Daniel Linskey; direct. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/28/2006) |
| 03/29/2006 | 52 | MOTION for Judgment of Acquittal as to Earl Dickerson. |

| | | |
|---|---|---|
| | | (Urso, Lisa) (Entered: 03/30/2006) |
| 03/29/2006 | 53 | EXHIBIT LIST by Earl Dickerson (Urso, Lisa) (Entered: 03/30/2006) |
| 03/29/2006 | 54 | JURY VERDICT as to Earl Dickerson (1) Guilty on Count 1ss-2ss,3ss. (Urso, Lisa) (Entered: 03/30/2006) |
| 03/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day three as to Earl Dickerson held on 3/29/2006; witness #11 Della Saunders; witness #12 Michael Lawler; defendant's witness #1 Janet Royston; Jury verdict 3:00 p.m. guilty on counts 1-3 (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/30/2006) |
| 03/30/2006 | 55 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Earl Dickerson Sentencing set for 6/20/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/30/2006) |
| 03/30/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 52 Motion for Acquittal as to Earl Dickerson (1) (Urso, Lisa) (Entered: 03/31/2006) |
| 05/30/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Earl Dickerson Sentencing reset for 6/16/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/30/2006) |
| 06/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 6/16/2006 for Earl Dickerson (1), Count(s) 1ss-2ss, 3ss. The defendant was sentented to LIFE imprisonment; 10 years SR; SA; $300.00; no fine; no guns;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 06/19/2006) |
| 06/19/2006 | 56 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Earl Dickerson (1). Count(s) 1ss-2ss, 3ss. The defendant was sentenced to LIFE imprisonment; 10 years SR; SA; $300.00; no fine; no guns; (Urso, Lisa) (Entered: 06/20/2006) |
| 06/24/2006 | 57 | MOTION to Withdraw as Attorney by Elliot M. Weinstein as to Earl Dickerson. (Weinstein, Elliot) (Entered: 06/24/2006) |
| 06/27/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 57 Motion to Withdraw as Attorney as to Earl Dickerson (1) (Urso, Lisa) (Entered: 06/27/2006) |

| | | |
|---|---|---|
| 06/27/2006 | | Attorney update in case as to Earl Dickerson. Attorney Elliot M. Weinstein terminated. (Urso, Lisa) (Entered: 06/27/2006) |
| 06/29/2006 | 58 | NOTICE OF APPEAL by Earl Dickerson Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/19/2006. (Weinstein, Elliot) (Entered: 06/29/2006) |