Earl Dickerson  25246-038                2-9-07
P.O. Box 2000   U.S.P.- Hazelton
Bruceton Mills W.V. 26525

FILED
IN CLERKS OFFICE
2007 FEB 15  A 11: 48
DISTRICT COURT
DISTRICT OF MASS

: Office of the Clerk

I'm requesting the following Transcripts of Dentention and Probable Cause Proceedings held on June 15, 2004 #28 and the Transcript of the Dettention and Probable Cause Proceeding held on September 7, 2004 #29 on the Docket Sheet:

I'm Requesting the Transcripts of Motion to Suppress Hearing held on April 25, 2005 #48 on the Docket Sheet:

I'm Requesting the Transcripts of Jury trail Day One on March 27, 2006 #61, Day two of March 28, 2006 #62, and Day three March 29, 2006 #63 on the Docket Sheet:

I'm Requesting the Transcript of Sentencing held on June 16, 2006 #64 on the Docket Sheet:

(Thank you for your Time)