# United States Court of Appeals
## For the First Circuit

No. 06-2471

UNITED STATES OF AMERICA,

Appellee,

v.

EARL DICKERSON,

Defendant, Appellant.

**JUDGMENT**

Entered:  January 24, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Earl Dickerson's sentence and conviction are affirmed.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Safar, Mr. Capin, Ms. Chaitowitz, & Mr. Lang.]