# United States Court of Appeals
## For the First Circuit

No. 15-2094

EARL DICKERSON

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: July 26, 2016

In accordance with the judgment of June 2, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Dina Michael Chaitowitz
Earl Dickerson
Giselle J. Joffre
Kelly Begg Lawrence
Seth B. Orkand
Carmen Milagros Ortiz
Jennifer H. Zacks