# Exhibit A

Ms Zobel,  10-4-19

as your reading this I hope that you and your family are in the best of health as for me I'm doing a lot better now that I no I'm going to get a chance to be back in your court room. I just wanted to write you and let you no that I appreciate you for all these years accepting my letters and getting attorneys to reach out to me thank you. It's been a long 15 plus yrs being away from my family and kids plus grankids now yes I have 5 now and haven't been able to see them as of yet besides pictures plus my son will be going to high school comeing this September haven't spent not one day with him on the street he was born 3 months after my arrest for this case. I've seen him a couple of times since I've been incarserated. I've only been close to home these last couple of months and despite the hardship of my situation my sister will do as much as she can for me to see the family. But anyway I'm hopeing that you give me a second chance to be a better father, Granfather plus be able to go back to soceity and properly intergrate myself. I've done a lot of programing to better myself since I've been in I just see things more diffrent and clearer now I'm older and I have more respect for life and my freedom. I'm just more level headed and no that I don't have anymore



room in my life for any mistakes or foolishness. Do to my situation I'm still very much a part of the families deeds and my presents would be life changeing for the family and myself. I have more responesabilty now that the gran-kids are here and that my son is starting high school and thats my main focus to make sure they don't grow up and get caught up in the prison system. I would like to thank you again for just takeing time out of your busy day and Reading my letter I appreciate that Ms. Zobel thank you!

         Earl Dickerson