First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:04-cr-10202-RWZ-1 |
| EARL DICKERSON ) | USM No. 25246-038 |

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the Court for a reduction in the term of imprisonment imposed based on the statutory penalties for which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the Fair Sentencing Act of 2010, to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   Life Imprisonment   is reduced to   216 monrths  .

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**
Previous Sentence Imposed:  Life Imprisonment     Amended Sentence:   216 months
Previous Supervised Release Term Imposed: 10 Years   Amended Supervised Release Term: 8 Years

**II. SENTENCE RELATIVE TO AMENDED TERMS:**
[✓] The reduced sentence is within the terms of the Fair Sentencing Act of 2010.
[ ] Conditions of release set forth in judgment are to remain in effect.
[✓] Conditions of release set forth in judgment are to remain in effect, with the following modifications:

  See Page 2 for additional special conditions and judicial recommendations.

Except as provided above, all provisions of the judgment dated   06/19/2006   shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 01/07/2020

*/s/ Rya W. Zobel*
The Honorable Rya W. Zobel
United States District Judge

DEFENDANT:    EARL DICKERSON
CASE NUMBER:  1:04-cr-10202-RWZ-1

## ADDITIONAL SUPERVISED RELEASE TERMS

1. You are prohibited from possession a firearm, destructive device, or other dangerous weapon.

2. You must participate in a program for substance abuse counseling as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether you have reverted to the use of alcohol or drugs.

3. You must participate in a program for psychological treatment, including life skills training if available, to assist with your transition to the community, as directed by the Probation Office.

4. You must participate in any educational/vocational services program, as directed by the Probation Office. Such program may include classes designed to improve your proficiency in skills such as reading, writing, mathematics, and computer use, as well as job readiness and/or skills development training.

5. With respect to special conditions 2-4, you shall be required to contribute to the costs of evaluation, treatment, programming, and/or monitoring based on the ability to pay or availability of third-party payment.

## JUDICIAL RECOMMENDATIONS

The Court recommends that AS SOON AS POSSIBLE the Bureau of Prisons transfer the defendant to a lower security facility/residential reentry center, as close as possible to his approved release address in Western Massachusetts in order to facilitate his transition to the community in light of the reduced sentence and anticipated release within the next several months.